```
PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 4422928 |
| Plaintiff, | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | |
| THANG T. QUACH, | |
| Defendant | |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 4422928 against THANG T. QUACH without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  December 8, 2016

    Respectfully Submitted,
    Phillip A. Talbert
    Acting United States Attorney

By:  *[signature]*
    Christopher R. Pilch
    Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 4422928 against THANG T. QUACH be dismissed without prejudice, in the interest of justice.

Dated:  December ___8___, 2016

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge